UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-298-3D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| MEDRANO ANTHONY ALBERTO GOMEZ, ) | |
| a/k/a "Elvin Johany Amador-Murillo," ) | |
| a/k/a "Gordo" ) | |

Upon motion of the Government, and for good cause shown, it is HEREBY ORDERED that the Clerk of Court shall amend all court records in the captioned case to reflect the true name of the defendant as "ELVIN JOHANY AMADOR MURILLO."

This, the __18__ day of March, 2011.

JAMES C. DEVER
UNITED STATES DISTRICT JUDGE